IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 14-cv-02486-JLK
Criminal Action No. 12-cr-00323-JLK-1

UNITED STATES OF AMERICA,

v.

KOLEN KALANI KAIMANA,

    Movant.

---

### ORDER FOR BRIEFING

---

Kane, J.

After preliminary consideration of movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before October 24, 2014, shall file a brief addressing the timeliness of this motion, per Rule 4(b) of the Rules Governing Section 2255 Proceedings.  It is

FURTHER ORDERED that movant may file a reply within thirty days of the date the answer is filed in this Court.

Dated: September 24, 2014

                            BY THE COURT:

                            *s/John L. Kane*
                            JOHN L. KANE, Senior Judge
                            United States District Court