# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02486-JLK
Criminal Action No. 12-cr-00323-JLK-1

UNITED STATES OF AMERICA,

    Plainitff-Respondent,

v.

KOLEN KALANI KAIMANA,

    Defendant-Movant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge John L. Kane entered on December 22, 2014 it is

ORDERED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 52 filed September 8, 2014) is denied and the action is dismissed as barred by the one-year limitation period in 28 U.S.C. § 2255(f). It is

FURTHER ORDERED that the corresponding civil action is dismissed.

Dated at Denver, Colorado this 22nd day of December, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

            By: s/   A. Thomas

                Deputy Clerk